THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN C. CUSKER, CSBN 148227
Special Assistant United States Attorney
    333 Market St., Ste. 1500
    San Francisco, Ca. 94105
    Tel. (415) 977-8975
    FAX: (415) 744-0134
    Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KAREN L. SPENCER, ) | EDCV 09-00459 FMO |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation for Remand") lodged concurrent with the lodging of the within

Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for

further proceedings consistent with the Stipulation for Remand.

Dated:8/20/09

_____
                /s/

FERNANDO M. OLGUIN

UNITED STATES MAGISTRATE JUDGE